IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Nicole M. Stuber,

        Plaintiff(s)

Case No. 1:17cv1501

v.

JUDGMENT ENTRY

Commissioner of Social Security,

        Defendant(s)

For the reasons stated in the Memorandum Opinion and Order filed concurrently, it is hereby

ORDERED that the Court affirms the Commissioner's decision.

IT IS SO ORDERED.

                                                s/ James R. Knepp
                                                United States Magistrate Judge